IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JAMES G. BURGESS**                                                                                     **PLAINTIFF**

CASE NO. 4:05-CV-1760 GTE

**TRUSTMARK INSURANCE COMPANY**                                                  **DEFENDANTS**

**JUDGMENT**

Pursuant to the Court's Order entered on February 13, 2007, it is Considered, Ordered and Adjudged that Plaintiff James G. Burgess have and recover from Defendant Trustmark Insurance Company the sum of One Hundred Eighty Thousand Dollars ($180,000) in attorneys' fees and Two Hundred Thirty-Four Thousand Nine Hundred Twenty Dollars ($234,920) in statutory penalties, with post-judgment interest accruing at an annual rate of 5.07%,[1] calculated from February 13, 2007, the date the Court recognized the right to such fees and penalties.[2]

Dated this 15th day of February, 2007.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE

---

[1] The one-year treasury rate for the week ending February 9, 2007.

[2] *Jenkins v. Agyei v. State of Mo.*, 931 F.2d 1273 (8th Cir. 1991) (specifying that post-judgment interest on attorneys' fees should accrue from the date the court recognizes that a party is entitled to an award of attorneys' fees).